UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WALMART INC., ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> CAPITAL ONE, NATIONAL ASSOCIATION, <br><br> Defendant. | 23-cv-02942 <br><br> ECF Case <br><br> NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that Capital One, National Association appears in the case captioned above by its counsel, Mark P. Goodman of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
   April 10, 2023

                DEBEVOISE & PLIMPTON LLP

                By: *Mark P. Goodman*
                Mark P. Goodman
                66 Hudson Boulevard
                New York, New York 10001
                Tel. (212) 909-6000
                mpgoodman@debevoise.com

                *Attorneys for Capital One, National Association*

TO: BOIES SCHILLER FLEXNER LLP

    Matthew L. Schwartz
    Marc Ayala

Sabina Mariella
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
mlschwartz@bsfllp.com
mayala@bsfllp.com
smariella@bsfllp.com

Jesse Panuccio (*pro hac vice forthcoming*)
1401 New York Ave, NW
Washington, DC 20005
Tel.: (202) 237-2727
jpanuccio@bsfllp.com

Jason Hilborn (*pro hac vice forthcoming*)
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 377-4206
jhilborn@bsfllp.com

*Attorneys for Plaintiffs Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Texas, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Puerto Rico, Inc., Wal-Mart.com USA, LLC, and Walmart Apollo, LLC*