Debevoise & Plimpton

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 26, 2023




BY ECF AND ELECTRONIC MAIL

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

***Walmart Inc., et al. v. Capital One, N.A.*, 23-cv-02942 (KPF)**

Dear Judge Failla:

We represent Defendant Capital One, National Association ("Capital One") in the above-captioned matter. We inadvertently filed a copy of Capital One's response to Plaintiffs' pre-motion conference letter ("Response Letter") that contained unredacted confidential information. Pursuant to Electronic Case Filing Rule 21.8, we respectfully request that ECF No. 39 be sealed. We are re-filing a properly redacted copy of the Response Letter on the public docket, and a properly highlighted version of the Response Letter under seal.

Respectfully submitted,

*/s/ Mark P. Goodman*

Mark P. Goodman

Application GRANTED. The Clerk of Court is directed to maintain docket entries 39 and 44 under seal, viewable only to the parties and the Court.

The Clerk of Court is further directed to terminate the motion at docket entry 41.

SO ORDERED.

Dated: April 26, 2023
New York, New York

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

