

MEMO ENDORSED

May 4, 2023

BY ECF AND ELECTRONIC MAIL

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

*Walmart Inc., et al. v. Capital One, N.A.*, 23-cv-02942 (KPF)

Dear Judge Failla:

    We represent Defendant Capital One, National Association ("Capital One") in the above-captioned matter. Pursuant to Your Honor's Individual Rule 9(B)(i), Capital One respectfully submits this letter regarding the sealed treatment of Capital One's Answer to the First Amended Complaint and Counterclaims, which is being filed under seal and on the public docket in redacted form today.

    The contract at issue contains a confidentiality provision that prohibits the parties from disclosing the terms of the contract, which are discussed in the Answer to the First Amended Complaint and Counterclaims. The parties are considering which provisions of the contract can be disclosed on the public docket. Capital One therefore respectfully requests the Court's permission to provisionally redact portions of Capital One's Answer to the First Amended Complaint and Counterclaims, and to file the unredacted Answer to the First Amended Complaint and Counterclaims under seal.

Respectfully submitted,

*/s/ Mark P. Goodman*

Mark P. Goodman

```
Application GRANTED.  The Clerk of Court is directed to
maintain docket entry 57 under seal, viewable only to the
parties and the Court.  The Clerk of Court is further directed
to terminate the motion at docket entry 54.
```

Dated: May 5, 2023
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE