

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

May 12, 2023



BY ECF AND ELECTRONIC MAIL

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

*Walmart Inc., et al. v. Capital One, N.A.*, 23-cv-02942 (KPF)

Dear Judge Failla:

We represent Defendant/Counterclaim Plaintiff Capital One, National Association ("Capital One") in the above-captioned matter. Pursuant to Your Honor's Individual Rule 9(B)(i), Capital One respectfully submits this letter regarding the sealed treatment of Capital One's response to Walmart's May 10, 2023 letter regarding motion practice on Capital One's Counterclaims (ECF 67), which is being filed under seal and on the public docket in redacted form today.

The contract at issue contains a confidentiality provision that prohibits the parties from disclosing the terms of the contract, which are discussed in Capital One's letter. The parties are considering which provisions of the contract can be disclosed on the public docket. Capital One therefore respectfully requests the Court's permission to provisionally redact portions of the letter, and to file the unredacted letter under seal.

Respectfully submitted,

*/s/ Mark P. Goodman*

Mark P. Goodman

```
Application GRANTED.  The Clerk of Court is directed to maintain
docket entry 74 under seal, viewable only to the parties and the
Court.  The Clerk of Court is further directed to terminate the
motion at docket entry 72.
```

SO ORDERED.

Dated:   May 15, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

www.debevoise.com